```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 12793
    JESS ROBERT RODRIGUEZ
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1910


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 04/01/2004 and was confirmed 07/08/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 08/07/2008.
-----------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE  UNSEC W/INTER  NOT FILED            .00              .00
AMERICAN GENERAL FINANCE  SECURED         6104.56          3439.05          6104.56
CITI RESIDENTIAL LENDING  CURRENT MORTG  46690.53             .00         46690.53
CITI RESIDENTIAL LENDING  MORTGAGE ARRE   6804.71             .00          6804.71
CITY OF CHICAGO PARKING   UNSEC W/INTER  NOT FILED            .00              .00
CITY OF CHICAGO PARKING   UNSEC W/INTER    360.00           65.68           360.00
CITY OF CHICAGO PARKING   UNSEC W/INTER  NOT FILED            .00              .00
HINCKLEY SPRINGS          UNSEC W/INTER    161.82           29.27           161.82
BIEHL & BIEHL             NOTICE ONLY    NOT FILED            .00              .00
ILLINOIS COLLECTION SERV  UNSEC W/INTER  NOT FILED            .00              .00
US SPRINT                 UNSEC W/INTER  NOT FILED            .00              .00
VERIZON WIRELESS          UNSEC W/INTER  NOT FILED            .00              .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     .00               .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY    2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                         3,976.37
DEBTOR REFUND             REFUND                                          1,276.01

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                  71,608.00

PRIORITY                                             .00
SECURED                                        59,599.80
    INTEREST                                    3,439.05
UNSECURED                                         521.82
    INTEREST                                       94.95
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            3,976.37
DEBTOR REFUND                                   1,276.01
                         --------------       --------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 12793 JESS ROBERT RODRIGUEZ
```

TOTALS                              71,608.00              71,608.00

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/28/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |